

**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

*1 Bowling Green, Room 534*    Phone: (212) 510-0500
*New York, New York 10004*    Fax: (212) 668-2255

September 17, 2025

The Honorable Philip Bentley
United States Bankruptcy Court
Alexander Hamilton Custom House
1 Bowling Greem
New York, New York 10004

Re: Daryl D. Humphreys; Case No. 23-10313-pb

To The Honorable Philip Bentley:

On March 25, 2025, the United States filed his Motion to Dismiss at ECF No. 88 (the "Motion to Dismiss"). On July 21, 2025, the Court entered a scheduling order on the Motion to Dismiss at ECF No. 114 (the "Scheduling Order"). The Scheduling Order requires a joint pre-trial statement (the "Statement") to be filed by September 18, 2025 and that all discovery shall be completed on or before September 11, 2025. To date, no party has served any discovery, despite the Debtor's insistence at prior hearings that discovery was necessary in advance of adjudication of the Motion to Dismiss.

Moreover, on July 25, 2025, the Debtor filed his Opposition to the Motion to Dismiss at ECF No. 115 (the "Opposition"). The Opposition admits that the Debtor cannot currently "fund a plan of reorganization." Opposition at ¶ 2. The Opposition further stated that "The Debtor intends to supplement this submission as circumstances develop." *Id*. at ¶ 8. No supplement has been filed or informal update from the Debtor to the United States has been provided. Indeed, the United States Trustee has sent repeated requests for updates on the matter and has received no information in response.

There is currently a Pre-Trial Conference scheduled for September 22, 2025 at 2:00 p.m. and the Statement is due September 18, 2025. The United States Trustee requests that adjudication of the Motion to Dismiss be scheduled earlier at the Court's convenience to avoid unnecessary expense of the parties preparing for trial and complying with the Scheduling Order. This request is compounded by the Court's order that Ms. Seira Sata appear at both the Trial and the Pre-Trial Conference. Scheduling Order at ¶ 6. The Debtor has received the benefit of these bankruptcy proceedings for two and a half years and has not proposed a confirmable plan. The Motion to Dismiss has been outstanding for almost six months, with no improvement in the Debtor's circumstances. Accordingly, waiting until the trial date of September 30, 2025, is further delaying dismissal of this case.

The United States Trustee is available at the Court's convenience.

Very Truly Yours,

By:    /s/ Shara Cornell
        Shara Cornell
        Trial Attorney

CC:
Dawn Kirby
Kirby Aisner & Curley, LLP
700 Post Road, Suite 237
Scarsdale, NY 10583
Email: dkirby@kacllp.com

Adrienne Woods, Esq.
WZMP Weinberg Zareh Malkin Price LLP
45 Rockefeller Plaza, 20th Floor
New York, New York 10111
Email: awoods@wzmplaw.com