| | |
|---|---|
| **From:** | Dawn Kirby |
| **To:** | NYSBml_Bentley"s_Chambers |
| **Cc:** | Cornell, Shara (USTP); Adrienne Woods; Jessica Hill |
| **Subject:** | FW: NEF: 23-10313-pb Ch11 Letter Re: Darryl D. Humphreys |
| **Date:** | Thursday, September 18, 2025 10:05:05 AM |
| **Attachments:** | image001.png<br>Letter to Judge Bentley (9-18-2025).pdf |

**CAUTION - EXTERNAL:**

Dear Judge Bentley,

Attached for your consideration is a status letter and request for a conference.

Respectfully submitted,
Dawn Kirby



DAWN KIRBY, ESQ.
KIRBY AISNER & CURLEY LLP

700 POST ROAD, SUITE 237
SCARSDALE, NEW YORK 10583
(914) 401-9500 MAIN
(914) 401-9501 DIRECT
(203) 969-4554 MOBILE

---

**From:** nysbinfo@nysb.uscourts.gov <nysbinfo@nysb.uscourts.gov>
**Sent:** Thursday, September 18, 2025 9:58 AM
**To:** courtmail@nysb.uscourts.gov
**Subject:** NEF: 23-10313-pb Ch11 Letter Re: Darryl D. Humphreys

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**

**Southern District of New York**

---

Given the circumstances raised in counsel's letters, no pretrial order will be required in advance of the Zoom pretrial conference scheduled for 2:00pm on September 22. At that conference, the parties should be prepared to address whether a trial is needed or whether the scheduled September 30 hearing should instead proceed as a non-evidentiary hearing on the pending motion to dismiss.

The Debtor is directed to appear at the September 22 Zoom hearing to address the issues raised in his counsel's September 18 letter.

**SO ORDERED:** September 18, 2025

/s/ Philip Bentley
**Hon. Philip Bentley**
**United States Bankruptcy Judge**