KIRBY AISNER & CURLEY LLP  
*Attorneys for the Debtor*  
700 Post Road, Suite 237  
Scarsdale, New York 10583  
Tel: (914) 401-9500  
Dawn Kirby  
Dkirby@kacllp.com

Hearing Date: September 22, 2025  
Hearing Tine: 2:00 p.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
---------------------------------------------------------------X  
In re:

DARRYL HUMPHREYS,

                                  Debtor.  
---------------------------------------------------------------X

Chapter 11  
Case No. 23-10313 (pb)

## DEBTOR'S WITHDRAWAL OF OPPOSITION TO MOTION TO DISMISS

**TO:**   **THE HONORABLE PHILIP BENTLEY,**  
        **UNITED STATES BANKRUPTCY JUDGE:**

Darryl Humphreys, (the "Debtor"), files this withdrawal (the "Withdrawal") of his opposition (the "Opposition") to the motion (the "UST Motion") of the Office of the United States Trustee to dismiss this chapter 11 case, and respectfully sets forth and represents as follows:

1. Following the filing of Debtor's counsel's letter [ECF No. 122] detailing the status of the case and requesting a conference with the Court, the Debtor returned his counsel's calls. The Debtor confirmed he has not yet obtained new employment and thus cannot propose a confirmable Plan. After a lengthy discussion, the Debtor consented to dismissal of his chapter 11 case.

2. Debtor's counsel immediately emailed Ms. Cornell and Ms. Woods to advise them of the Debtor's consent to the UST Motion.

3. This morning Debtor's counsel transmitted to Ms. Cornell and Ms. Woods proposed comments to the dismissal order and a request for any balance owed in US Trustee Fees.

Dated: Scarsdale, New York
September 22, 2025

KIRBY AISNER & CURLEY LLP
*Attorneys for the Debtor*
700 Post Road, Suite 237
Scarsdale, New York 10583
(914) 401-9500

*/s/ Dawn Kirby*

_____

Dawn Kirby, Esq.