UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

                          :  Case No.  23-10313-PB

In re                       :

                          :  (Chapter 11)

DARRYL D. HUMPHREYS,

                          :

                Debtor.    :

---------------------------------------------------------x

## ORDER DISMISSING CHAPTER 11 CASE

Upon the motion (the "UST Motion") [ECF No. 88] of William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), for the entry of an order dismissing this Chapter 11 case; and for such other and further relief as this Court may deem just and proper of the above-captioned debtor and debtor in possession, Darryl D. Humphreys (the "Debtor"); and the opposition (the "Opposition") to the Motion filed on behalf of the Debtor [ECF No. 116] and the Debtor's subsequent Withdrawal of Opposition [ECF No. 124]; all other filed, pending, or lodged objections are hereby overruled or withdrawn; and upon the record of this bankruptcy case; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED, that the UST Motion is granted as set forth herein;

ORDERED, that Debtor's case commenced under Chapter 11 of the Bankruptcy Code be and hereby is dismissed pursuant to 11 U.S.C. § 1112(b);

ORDERED that the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) and 31 U.S.C. § 3717 within ten days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period.

Dated:  New York, New York          THE HONORABLE PHILIP BENTLEY