**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004−1408

---

| | |
|---|---|
| IN RE: Darryl D. Humphreys | CASE NO.: 23−10313−pb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−0231 | CHAPTER: 11 |

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Philip Bentley in this Chapter 11 case.

Darryl D. Humphreys was dismissed from the case on September 22, 2025 .

Dated: September 22, 2025               Vito Genna
                                        Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 23-10313-pb |
| Darryl D. Humphreys | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0208-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2025 | Form ID: 131 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darryl D. Humphreys, 106 E 81st Street, Apt. 6C, New York, NY 10028-1421 |
| 8003606 | + | Bankers Healthcare Group, LLC, 150 Third Avenue South, Suite 900, Nashville, TN 37201-2034 |
| 8003608 | | Buchalter, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-1730 |
| 8003611 | + | COD, LLC, 524 North Avenue, New Rochelle, NY 10801-3400 |
| 8003612 | + | Hoffman Mulligan, CPAS LLC, 61 Broadway, Suite 1601, New York, NY 10006-2756 |
| 8003614 | + | Law Office of Dalit A. Yarden, PC, 260 Madison Avenue, 15th Floor, New York, NY 10016-2424 |
| 8003617 | + | NYC Corporation Counsel, 100 Church Street, RM 5-240, New York, NY 10007-2601 |
| 8003621 | + | Se Hwa Humphreys, 106 E 81st Street, Apt. 6-C, New York, NY 10028-1421 |
| 8003622 | + | Seira Sato, 180 Cabrini Blvd, Unit 33, New York, NY 10033-1147 |
| 8005948 | + | Seira Sato, c/o Lewis W Siegel, 60 East 42nd Street - Suite 4600, New York NY 10165-0022 |
| 8005949 | + | Seira Sato, c/o Lewis W Siegel, 50 Battery Park Dr, Bridgeport CT 06605-3603 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: IRS.COM | Sep 22 2025 23:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Sep 22 2025 19:22:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 22 2025 19:22:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Sep 22 2025 19:21:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 8003605 | + | Email/PDF: bncnotices@becket-lee.com | Sep 22 2025 19:27:57 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 8011032 | | Email/PDF: bncnotices@becket-lee.com | Sep 22 2025 19:27:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8005838 | | Email/Text: bankruptcy@bhg-inc.com | Sep 22 2025 19:21:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 8003607 | + | EDI: CITICORP | Sep 22 2025 23:21:00 | Bloomingdale's Card/Citibank, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 8012295 | | EDI: CAPITALONE.COM | Sep 22 2025 23:21:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 8003609 | + | EDI: CAPITALONE.COM | Sep 22 2025 23:21:00 | Capital One/Saksfirst, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 8003610 | + | EDI: CITICORP | Sep 22 2025 23:21:00 | Citibank, N.A., PO Box 6500, Sioux Falls, SD 57117-6500 |
| 8003615 | + | EDI: LENDNGCLUB | | |

23-10313-pb   Doc 127   Filed 09/24/25   Entered 09/25/25 00:12:56   Imaged
Certificate of Notice   Pg 3 of 4

| District/off: 0208-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2025 | Form ID: 131 | Total Noticed: 34 |

| Recip ID | | Notice Type / Address | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 22 2025 23:21:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 8003618 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 22 2025 19:22:00 | NYS Dept. of Taxation & Finance, Bankruptcy/ Special Procedures Section, PO Box 5300, Albany, NY 12205-0300 |
| 8003616 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 22 2025 19:27:59 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 8003619 | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Sep 22 2025 19:22:00 | Office of the United States Trustee, One Bowling Green, New York, NY 10004-1415 |
| 8018887 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2025 19:27:56 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 8025324 | | EDI: SALLIEMAEBANK.COM | Sep 22 2025 23:21:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 8003620 | + | EDI: SALLIEMAEBANK.COM | Sep 22 2025 23:21:00 | Sallie Mae Bank, Inc., PO Box 3229, Wilmington, DE 19804-0229 |
| 8003623 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Sep 22 2025 19:27:56 | SoFi Bank, 2750 E Cottonwood Parkway, Salt Lake City, UT 84121-7285 |
| 8009849 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2025 19:27:56 | Sofi Consumer Loan Program 2023-1S Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 8009848 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2025 19:27:53 | Sofi Lending Corp., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 8003624 | | Email/Text: bknotice@upgrade.com | Sep 22 2025 19:21:00 | Upgrade Inc., 275 Battery Street, Floor 23, San Francisco, CA 94111 |
| 8017908 | | EDI: AIS.COM | Sep 22 2025 23:21:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Seira Sato |
| 8011033 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8003613 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 8025473 | *+ | Seira Sato, c/o Lewis W. Siegel, 50 Battery Park Dr, Bridgeport, CT 06605-3603 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2025        Signature:        /s/Gustava Winters

23-10313-pb    Doc 127    Filed 09/24/25    Entered 09/25/25 00:12:56    Imaged
Certificate of Notice    Pg 4 of 4

| District/off: 0208-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2025 | Form ID: 131 | Total Noticed: 34 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adrienne Woods | on behalf of Creditor Seira Sato awoods@wzmplaw.com |
| Adrienne Woods | on behalf of Plaintiff Seira Sato awoods@wzmplaw.com |
| Dawn Kirby | on behalf of Defendant Darryl D. Humphreys dkirby@kacllp.com bleonardo@kacllp.com;ktuli@kacllp.com;kirby.dawnb112129@notify.bestcase.com |
| Dawn Kirby | on behalf of Debtor Darryl D. Humphreys dkirby@kacllp.com bleonardo@kacllp.com;ktuli@kacllp.com;kirby.dawnb112129@notify.bestcase.com |
| Lewis W. Siegel | on behalf of Creditor Seira Sato lws@lwsesq.com |
| Shara Claire Cornell | on behalf of U.S. Trustee United States Trustee shara.cornell@usdoj.gov |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 7